

**CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JEFFREY E. TIMAR,** | Case No. 05-74422 |
| Plaintiff, | Honorable Anna Diggs Taylor |
| | Magistrate Judge Paul J. Komives |
| v. | |
| **SIEGEL-ROBERT, INC.,** | |
| Defendant. | |

| | |
|---|---|
| **BLAKE, KIRCHNER, SYMONDS, LARSON, KENNEDY & SMITH, P.C.** | **KELLER THOMA,** *A Professional Corporation* |
| Gary H. Graca (P49823) | Brian A. Kreucher (P43723) |
| Attorneys for Plaintiff | Kevin T. Sutton (P65364) |
| 535 Griswold Street, Suite 1432 | Attorneys for Defendant |
| Detroit, Michigan 48226-3695 | 440 East Congress, Fifth Floor |
| 313.961.7321 | Detroit, Michigan 48226-2918 |
| | 313.965.7610 |

**ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT,
DENYING SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF, AND
DISMISSING COUNT I OF PLAINTIFF'S COMPLAINT WITH PREJUDICE**

At a session of said Court held on:

**JUL 2 4 2006**

PRESENT: HON.   **ANNA DIGGS TAYLOR**
U.S. District Court Judge

A hearing having been held before the Court on July 24, 2006; and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that Plaintiff's *Motion for Summary Judgment* (Docket No. 15) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's *Cross-Motion for Summary Judgment* (Docket No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claim, Count I for "Breach of Contract," is dismissed in its entirety, with prejudice. Count II of Plaintiff's Complaint was previously dismissed by the Court with prejudice (Docket No. 14); therefore, this case is now dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

_____
U.S. District Court Judge

Dated: July 24, 2006

Certificate of Service
True Copies given to:

☐ Plaintiff(s) Counsel      ☑ Defense Counsel

Dated: 7/24/06      _____
                    Case Manager